1   ISMAL J. RAMSEY (CABN 189820)
    United States Attorney
2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   EMILY R. DAHLKE (CABN 322196)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7124
7       FAX: (415) 912-6522
        Emily.Dahlke@usdoj.gov
8   Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

    UNITED STATES OF AMERICA,            )   CASE NO. 3:23:CR-00107 SI
13                                       )
            Plaintiff,                    )   [~~PROPOSED~~] DETENTION ORDER
14                                       )
        v.                               )
15                                       )
    FABRICIO RAMIREZ                     )
16                                       )
            Defendants.                  )
17  _____ )

18

19          On April, 20, 2023, the defendant, Fabricio Ramirez, made an initial appearance on the

20  indictment charged in the above-captioned case.  The government moved for the defendant's pre-trial

    detention.
21
            The Court held a detention hearing on May 3, 2023.  The defendant was present and represented
22
    by Assistant Federal Defender Sophia Whiting.  Assistant United States Attorney Emily R. Dahlke
23
    appeared for the government.  Both counsel for the government and counsel for the defendant submitted
24
    proffers and arguments regarding detention.
25
            Upon consideration of the facts and arguments presented, and for the reasons stated on the
26
    record, the Court finds that the government met its burden to prove by clear and convincing evidence
27
    that the defendant is a serious risk of flight.  Accordingly, the defendant must be detained pending
28

[PROPOSED] DETENTION ORDER                        1                                    v. 11/01/2018
3:23:CR-00107 SI

1  resolution in this matter.

2       The present order supplements the Court's findings and order at the detention hearing and serves

3  as written findings of fact and a statement of reasons as required by Title 18, United States Code,

4  Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its

5  conclusion:  the defendant is facing a significant penalty, has limited ties to the community, and the

6  proposed surety is not appropriately situated to ensure Mr. Ramirez attends court. This finding is made

7  without prejudice to the defendant's right to seek review of defendant's detention or file a motion for

8  reconsideration if circumstances warrant it.

9       Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

10      1.      The defendant be, and hereby is, committed to the custody of the Attorney General for

11  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

12  sentences or being held in custody pending appeal;

13      2.      The defendant be afforded reasonable opportunity for private consultation with counsel;

14  and

15      3.      On order of a court of the United States or on request of an attorney for the government,

16  the person in charge of the corrections facility in which the defendant is confined shall deliver the

17  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

18  court proceeding.

19      IT IS SO ORDERED.

20

21  DATED: May 3, 2023

22                                         _____
                                           HONORABLE LAUREL BEELER
                                           United States Magistrate Judge

23

24

25

26

27

28